## MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

CR 03-308 (GK)

| United States District Court | District District of Columbia |
|---|---|
| Name (under which you were convicted): Charles E. Crawford | Docket or Case No.: |
| Place of Confinement: F.C.I. Beckley | Prisoner No.: 26701-016 |
| UNITED STATES OF AMERICA<br>v. | Movant (include name under which convicted)<br>Charles E. Crawford |

### MOTION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: __United States District Court for the District of Columbia__

   (b) Criminal docket or case number (if you know): __CR 03-208__

2. (a) Date of the judgment of conviction (if you know): __06/17/2004__

   (b) Date of sentencing: __02/11/2004__

3. Length of sentence: __70 months__

4. Nature of crime (all counts): __21 U.S.C. §841(a)(1)__
   __18 U.S.C. §922(g)(1)__
   __18 U.S.C. §924(c)(1)__
   __21 U.S.C. §844(a)__

CASE NUMBER  1:05CV01723
JUDGE: Gladys Kessler
DECK TYPE: Habeas Corpus/2255
DATE STAMP: 08/30/2005

5. (a) What was your plea? (Check one)

   (1) Not guilty ☐    (2) Guilty ☒    (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to? __Counts 2 and 4__

6. If you went to trial, what kind of trial did you have? (Check one)    Jury ☐    Judge only ☐

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?    Yes ☐    No ☒